AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Fat Jack's of Waterboro, LLC, <br> *Plaintiff* <br> v. <br> The Hartford Financial Services Group, LLC et al, <br> *Defendants* | ) ) ) ) Civil Action   No. 2:22-cv-04097-BHH ) ) ) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of_____ dollars ($_), which includes prejudgment interest at the rate of___%, plus postjudgment interest at the rate of____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*_____ recover costs from the plaintiff *(name)*_____.

☒ other: The Court hereby grants Defendants' motion to dismiss (ECF No. 4), and dismisses this action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

This action was *(check one)*:

☐ tried by a jury, the Honorable_____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable_____ presiding, without a jury and the above decision was reached.

☒ Decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding.

Date:  September 19, 2023
Charleston, South Carolina

*ROBIN L. BLUME, CLERK OF COURT*

*s/D. Gray*

*Signature of Clerk or Deputy Clerk*